UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
BARBARA E. SALAMON, M.D.,

                Plaintiff,

-vs-   ORDER
Case No. 99-CV-0048

OUR LADY OF VICTORY HOSPITAL,
MICHAEL C. MOORE, M.D.,
FRANKLIN ZEPLOWITZ, M.D.,
JOHN F. REILLY, M.D.,
ALBERT J. DIAZ-ORDAZ, M.D. and
JOHN P. DAVANZO,

                Defendants.
-----------------------------------------------------------------



       Upon consideration and for good cause shown, it is hereby ordered that defendants' motion for leave to file supplemental summary judgment motion papers under seal, filed June 25, 2009, is hereby granted.

       The Clerk shall accept for filing and file the defendants' supplemental affidavits, exhibits and memoranda of law, under seal, not to be made a part of the public record in this case. Such filings will be made available only to the Court, the parties and counsel of record in this case.

SO ORDERED:

                                                             _____
                                                             Honorable Richard J. Arcara
                                                             Chief Judge
                                                             United States District Court