UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BARBARA E. SALAMON, M.D.,

          Plaintiff,

v.                                                                                    **ORDER**

OUR LADY OF VICTORY HOSPITAL, et al.,                 99-CV-48S

          Defendants.

1.      At a status conference held on July 16, 2013, it was determined that the trial date of October 15, 2013 will remain in effect. Plaintiff, who terminated her attorney on or about June 5, 2013, will proceed *pro se* unless she is able to retain new counsel who can proceed with trial on October 15. A final pretrial conference will be held on September 27, at 9:00 a.m. A final status conference will be held on October 11, 2013, at 9:00 a.m., as previously scheduled. Plaintiff or her new attorney, and all other counsel responsible for trying the case must attend the final pretrial conference and the final status conference in person.

2.      The Court's Pretrial Order, dated January 16, 2013, and amended on June 3, 2013, is further amended as follows:

**August 14, 2013**
          Joint Statement of the Case

Defendants:      Motions in Limine
                      Responses to Plaintiff's Motion in Limine

**August 28, 2013**
Plaintiff:           Responses to Defendants' Motions in Limine
                      Reply to Motion in Limine

**September 13, 2014**
Defendants: Reply to Motions in Limine

**October 8, 2013** All exhibits, tabbed and in binders (to Court)

3. At the July 16 status conference, all counsel confirmed that seven of Plaintiff's trial exhibits, which are the subject of defense motions to strike, have been produced or should otherwise be available to Defendants. Accordingly, to the extent the Motions to Strike were directed to these seven exhibits, they are denied as moot.

4. Attorney Wyssling, who remains on the Court Docket as Plaintiff's attorney of record, is directed to prepare Plaintiff's case file, promptly deliver it to Plaintiff, and be available to her should she have questions about her file and her obligations under this Order. Thereafter, Mr. Wyssling shall file an attorney withdrawal, pursuant to Local Rule 83.2(d), unless Plaintiff, in the meantime, retains a new attorney who files a notice of substitution of counsel.

5. Defendants are to serve all motions and other documents on the *pro se* Plaintiff at the following address, which she provided to the Court:

Barbara Salamon, M.D.
228 Sky Sail Boulevard
New Bern, NC 28560

5. The Clerk of Court is directed to mail a copy of this Order and all subsequent Court decisions, orders, and notices to the Plaintiff at her address listed above.

IT HEREBY IS ORDERED that, to the extent Defendants' Motions to Strike (Docket Nos. 233, 234, 235, 236) were not previously denied, but held in abeyance, they are now

now moot and are DENIED in their entirety.

SO ORDERED.

Dated:	July 16, 2013
	Buffalo, New York

					/s/William M. Skretny
					WILLIAM M. SKRETNY
					    Chief Judge
					United States District Court