UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BARBARA E. SALAMON, M.D.,

               Plaintiff,

-vs-

OUR LADY OF VICTORY HOSPITAL,
MICHAEL C. MOORE, M.D., FRANKLIN
ZEPLOWITZ, M.D., JOHN F. REILLY,
M.D.,
ALBERT J. DIAZ-ORDAZ, M.D. and
JOHN P. DAVANZO,

               Defendants.

**STIPULATION AND ORDER OF DISMISSAL**

**CASE NO. 99 CV-0048-WMS**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the plaintiff, Barbara E. Salamon, M.D., and the attorneys of record for Our Lady of Victory Hospital, Michael C. Moore, M.D., Franklin Zeplowitz, M.D., John F. Reilly, M.D., Albert J. Diaz-Ordaz, M.D. and John P. Davanzo, pursuant to Federal Rule of Civil Procedure 41, that all claims in the above-entitled action be, and the same hereby are, dismissed with prejudice, without costs to any such party as against any of the others. The foregoing dismissal with prejudice is based on the terms of a settlement agreement, the terms of which are confidential.

This stipulation may be filed without further notice with the Clerk of the Court.

SO STIPULATED

DATED:   Buffalo, New York
         ~~August~~ ____, 2013
         September 1, 2013

_____
Barbara E. Salamon, M.D.
*Pro Se Plaintiff*
228 Sky Sail Boulevard
New Bern, NC 28560

_____
Terrence M. Connors, Esq.
Randall D. White, Esq.
CONNORS & VILARDO, LLP
*Attorneys for Defendants*
   Our Lady of Victory Hospital,
   Franklin Zeplowitz, M.D. and
   John P. Davanzo
1000 Liberty Building
424 Main Street
Buffalo, New York 14202
716-852-5533
tmc@connors-vilardo.com
rdw@connors-vilardo.com

_____
Anthony J. Latona, Esq.
JAECKLE, FLEISCHMANN &
MUGEL, P.C.
   *Attorneys for Defendant*
   *Albert J. Diaz-Ordaz, M.D.*
Fleet Bank Building
Twelve Fountain Plaza
Buffalo, New York 14202

_____
J. Michael Lennon, Esq.
LAW OFFICES OF EDWARD C.
COSGROVE
   *Attorneys for Defendant*
   *John F. Reilly, M.D.*
525 Delaware Avenue
Buffalo, New York   14202-1303

_____
Richard A. Clack, Esq.
AMIGONE, SANCHEZ &
MATTREY LLP
   *Attorneys for Defendant*
   *Michael C. Moore, M.D*
1300 Main Place Tower
Buffalo, New York   14202

SO ORDERED

_____<br>
Hon. William M. Skretny<br>
Chief Judge