UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BARBARA E. SALAMON, M.D.,

                Plaintiff,

-vs-                            **CERTIFICATE OF SERVICE**

                                      **CASE NO. 99 CV-0048-WMS**

OUR LADY OF VICTORY HOSPITAL,
MICHAEL C. MOORE, M.D., FRANKLIN
ZEPLOWITZ, M.D., JOHN F. REILLY,
M.D.,
ALBERT J. DIAZ-ORDAZ, M.D. and
JOHN P. DAVANZO,

                Defendants.

---

      I hereby certify that on September 11, 2013, I caused the foregoing Stipulation and Order of Dismissal, on behalf of defendants, Our Lady of Victory Hospital, Franklin Zeplowitz, M.D., and John P. Davanzo, to be electronically filed with the Clerk of the District Court using its CM/ECF system which would then electronically notify the following CM/ECF participants on this case:

                Richard H. Wyssling, Esq.

                And

                Anthony J. LaTona, Esq.
                J. Michael Lennon, Esq.
                Richard A. Clack, Esq.
                *Attorneys for Defendants*

      I further certify that on September 11, 2013, I caused the foregoing Stipulation and Order of Dismissal to be served upon the following non CM/ECF participants by electronic and U.S. First Class Mail:

                Barbara E. Salamon, M.D.
                *Pro Se Plaintiff*
                228 Sky Sail Boulevard
                New Bern, NC 28560

DATED:   Buffalo, New York
         September 11, 2013

                                                      _____
                                                      Randall D. White, Esq.
                                                      CONNORS & VILARDO, LLP
                                                      Attorneys for Defendants
                                                      Our Lady of Victory Hospital, Franklin
                                                      Zeplowitz, M.D., and John P. Davanzo
                                                      1000 Liberty Building
                                                      424 Main Street
                                                      Buffalo, New York 14202
                                                      (716) 852-5533
                                                      rdw@connors-vilardo.com